### TOWN OF WATERTOWN v. TOWN OF WATERBURY.

In an action upon an award, if it appears from the declaration that the arbitrators went upon a plain mistake in point of law; it will be bad upon a demurrer.

ACTION of *indebitatus assumpsit* for one-half of the interest of the school money, and of the money the parsonage land sold for in the town of Waterbury from the month of May, A. D. 1780, the time when the plaintiffs were incorporated into a town, amounting to £200 lawful money. Declaring that before the month of May, A. D. 1780, the societies of Northbury and Westbury, lay within the town of Waterbury; that in May, A. D. 1780, the general assembly incorporated them into a town, by the name of Watertown: And enacted that said Watertown should pay and receive their just proportion of the present existing debts, and credits of said town of Waterbury, according to their list given in A. D. 1779. A controversy arose between said towns respecting the interest of the public moneys; which they agreed and referred to the

arbitrament of John Treadwell, Heman Swift, and Andrew Ward, Esqrs. who having taken on them the burden of an award, and heard the parties, made and published their award in the premises, as follows, viz. That there was a great lot, upon £150 propriety, laid out in Waterbury; which said town in A. D. 1690, divided between Jeremiah Peck, Jr. and the schools in said town, with all the after divisions; that in A. D. 1715, said Waterbury granted another lot of £150 propriety, to be disposed of by the town with all the after divisions, for the encouragement of the gospel ministry in said Waterbury: That in A. D. 1739-40 said town voted, that said ministry lands should be sold, and the moneys raised thereby, should be devoted to the use of the ministry; and be divided equally among the several parishes in said Waterbury, that then were, or at any time afterwards should be; that said school lands, and most of said ministry lands, were sold by said Waterbury, and the moneys loaned and the securities taken therefor, were to the use of the societies and school districts in said ancient town of Waterbury; and the interest arising thereon, had ever been divided annually to and among all the societies and school districts in said ancient town, until May, A. D. 1780; when said Watertown was incorporated.   And thereupon they award, that said Waterbury pay to said Watertown, their proportion of the interest on said ministry and school moneys, from their incorporation, according to their list in A. D. 1779, which is £     and that said Waterbury in future pay annually to said Watertown in that proportion, until they shall agree to divide, etc.

The defendants demur to the declaration.   Sundry exceptions were taken — among the rest this — That it appeared these moneys were the property and belonged to the several ecclesiastical societies and school districts, and not to the town of Watertown.

Judgment — That the declaration is insufficient.

By the Court.   It appears that these moneys were granted and vested in the several ecclesiastical societies and school districts, long before May A. D. 1780 and that neither the town of Waterbury then, nor the town of Watertown since,

had or have any interest in them, but that they then, and ever since have belonged to the societies and school districts, to whom they were granted, and that both, the parties submitting and the arbitrators in their award went upon a manifest mistake in point of law.